Jonathan Zazueta #203104
*(full name/prisoner number)*
219 N. 12th Street
Caldwell, ID 83605

*(complete mailing address)*

U.S. COURTS

FEB 14 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Jonathan Zazueta,
*(full name)*

Plaintiff,

v.

Dale G. Haile
Detention Center

Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 1:18-CV-72-BLW
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes  ☐ No

### A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

### B. PLAINTIFF

My name is Jonathan Zazueta. I am a citizen of the State of Idaho, presently residing at Dale G. Haile Detention Center

PRISONER COMPLAINT - p. 1_           *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Dale G. Haile** *(defendant)* **Detention Center**, who was acting as **local Government entity** *(job title, if a person; function, if an entity)*

   for the **Caldwell, ID Canyon County** *(state, county, city, federal government, or private entity performing a public function)*.

2. *(Factual Basis of Claim)* I am complaining that on **December, 21** *(dates)*, Defendant did the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: **Didn't follow proper procedures on securing inmates in their cells I was assaulted while being escorted out of seg I feel like my safety was not their main priority which has led to my assault I feel like this incident could have been prevented if the deputies in charge would have followed S.O.P that only 1 inmate could have been out of the teir or secure the other inmate while being escorted out.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **Idaho Statutes Title 20 Chapter 6 Section 20-602 First Amendment Access to Courts Claims. Lewis v. Casey, 518 U.S 343, 354 (1996).**

4. I allege that I suffered the following injury or damages as a result: **While I was being escorted out of segregation I was assaulted getting punch on the right side of my eye in resulting my glasses being sunked into my eye socket, see attached to piece of paper for more details.**

5. I seek the following relief: **Im looking for compensation for physical, mental, and emotional damages**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2_                                    *(Rev. 10/24/2011)*

which than cause my head to hit a wall resulting in me losing conscience falling to the ground. Than coming too I stood up felt disoriented and shaken with my head throbbing with pain. I felt I suffered a concusion and I felt blood dripping on the side of my head and down to my cheeks to my neck.

I asked the officers for medical attention in which I had to wait for a period of time which made me feel nauseous and drowsey. After which seemed like hours they put a band-aid on my upper socket and said I was fine.

They returned me to general population I've had chronic headaches, I don't sleep much and I feel like I have to look over my shoulders. I don't feel safe here.

## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ✓  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: Yes, I would like a court appointed attorney, because I have been in custody and don't have the means to pay for one

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 2-11-18 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on _____ *(date)*; OR *(specify other method)*

Executed at Daile G. Haile Detention center on 2-11-18.
*(Location)* *(Date)*

_____
*Plaintiff's Original Signature*

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.